**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

**Civil Action No.: 09-cv-02140-PAB-KLM**     FTR - Reporter Deck - Courtroom C-204
                                               Byron G. Rogers United States Courthouse
**Date: November 16, 2009**                    Courtroom Deputy, Kathleen Finney

_____

BEIRA COVAS-ALVEREZ,                           Katrina A. Skinner

    **Plaintiff(s),**
v.

THE WESTERN STOCK SHOW                         Daniel R. Satriana, Jr.
  ASSOCIATION,                          April Jones

    **Defendant(s).**
_____
**COURTROOM   MINUTES  /  MINUTE  ORDER**
_____

**HEARING:   RULE 16(b) SCHEDULING   CONFERENCE**
**Court in session:  10:31 a.m.**
Court calls case.  Appearance of counsel.

Additional discovery is needed on the issue of Plaintiff's employment status.

**It is ORDERED:**   Joint Position Statement [Docket No. 13, filed 11/11/2009] shall be construed as Joint Motion for Partial Stay of Discovery, requesting limited discovery only.

**It is ORDERED:**   Joint Motion for Partial Stay of Discovery is **GRANTED.** Parties may conduct limited discovery with respect to the issue of Plaintiff's employment status only.

The limited discovery shall include:

- Each party shall be limited to ten Requests for Production of Documents.
- Each party shall be limited to two (2) Depositions, absent leave of court.

**It is ORDERED:**   Defendant's Supplemental Brief in Support of Defendant's Motion to Dismiss [Docket No. 7, filed 9/15/2009], if any, shall be filed **on or before FEBRUARY 16, 2010.**

**It is ORDERED:**   Plaintiff's Supplemental Brief in Opposition to Defendant's Motion to Dismiss  [Docket No. 7, filed 9/15/2009 ], if any, shall be filed **on or before MARCH 1, 2010.**

**Counsel shall call the Court by joint conference call to Magistrate Mix's Chambers (303-335-2770) to schedule hearings regarding unresolved discovery disputes prior to filing Motions to Compel and/or Motions for Protective Order.**

HEARING CONCLUDED.

**Court in recess:   10:40 a.m.**
Total In-Court Time:     00:09

To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119.