IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02140-PAB-KLM

BEIRA COVA-ALVAREZ,

    Plaintiff,

v.

THE WESTERN STOCK SHOW ASSOCIATION, a Colorado nonprofit corporation, d/b/a THE NATIONAL WESTERN STOCK SHOW,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion for Leave to File Supplemental Reply Brief in Support of Motion to Dismiss Complaint and Jury Demand** [Docket No. 23; Filed March 16, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendant shall file a supplemental reply brief, if any, in support of the Motion to Dismiss [Docket No. 7] on or before **April 27, 2010**. No further supplemental briefing on the Motion to Dismiss will be permitted.

Dated: April 14, 2010